FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 26 2015

CHRISTOPHER PRINE
CLERK

RE: Court Of Appeals Number: 01-15-00860-CV
Trial Court Case Number: 76468-F

STYLE: Fernando Haffid Camero V. Samantha Jo Camero

I filed pro-se - Respondents Original Answer, General Denial, Admission Of Paternity, Incarceration And Indigency, Name, Prayer, Request For Appointment Of An Attorney Ad Litem To Represent Respondent, Declaration Of Inability To Pay Cost, Unsworn Declaration Of Respondents Testimony. I Also Filed For A Telephone Conference And Order. About The Time Limit To File My Motions, All My Property Was Confiscated On Mon Aug 24, 2015 By (S.T.G) And Not Returned Until Wed Sept 23, 2015. This Included All Personal Hygiene, Legal Paperwork/Forms And Religious Items. I Followed The Grievance Process And No Results. These Letters From The Court Of Appeals, I Got 5 Of Them The Same Day Wed Oct 21, 2015. This Mailroom Is Not Legally Holding Back Any Of My Correspondence. Overall I Am Just Wishing To Be A Part Of My Daughters Lives And Learn To Be A Good Father. Your Assitance In The Matter Is Greatly Appreciated.

Fernando Haffid Camero
TDCJ #1945837
Texas Department Of Criminal Justice
Ferguson Unit (J-1-2-B)
12120 Savage Drive Midway, Texas 75852

MAILED OUT
FRI-OCT 23, 2015
-INDIGENT-

FERNANDO CAMERO #1945837
FERGUSON UNIT - J-1-2-B
12120 SAVAGE DRIVE
MIDWAY, TEXAS 75852

LEGAL MAIL

NORTH TEXAS TX PRADC
DALLAS TX 750
23 OCT 2015 PM 9 L

7700220669 9

COURT OF APPEALS, FIRST DISTRICT
301 FANNIN STREET
HOUSTON, TEXAS 77002-2066